No. 12–8105.   DAVIS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 12–8107.   THURMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–8109.   JACKSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–8112.   PORTER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 12–8113.   BOSTIC *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 12–8121.   BELL *v.* JONES ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–8124.   SINCLAIR *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–8129.   CARTER *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 12–8131.   TREFRY *v.* MASSACHUSETTS DEPARTMENT OF CHILDREN AND FAMILIES.   App. Ct. Mass.   Certiorari denied.

No. 12–8132.   ACOSTA-SIERRA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–8140.   BERNADEL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–8141.   BARRON *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 12–8146.   LADSON *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 12–8148.   JARRETT *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 12–8152.   COMBS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–8154.   CARTER *v.* OLIVER, WARDEN.   C. A. 7th Cir.   Certiorari denied.